AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Title 18 U.S.C. Section 1001 - False Statement

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ THERESA CHANG

**DISTRICT COURT NUMBER**

**CR 07 0326 JSW**

PENALTY:
5 years imprisonment, 3 years supervised release, $250K fine $100 mandatory special Assessment.

E-filing

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

Attorney for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CR 07 0326 JSW**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1001 – False Statement |
| v. | |
| THERESA CHANG, | |
| Defendant. | SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

On or about May 26, 2006, in the Northern District of California, in a matter within the jurisdiction of the Department of Commerce, Bureau of Industry and Security, Office of Export Enforcement (hereafter "DOC/BIS/OEE"), the defendant

THERESA CHANG

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation, in that the defendant told special agents of the DOC/BIS/OEE that, other than receiving payments for rent, she did not receive compensation from the Taiwanese company Gredmann/Well-Being Enterprise Co., Ltd. (hereafter "Gredmann") for running

INFORMATION

Elecmat, the U.S. subsidiary of Gredmann, and that she ran Elecmat as a "favor," when, in fact, as the defendant well knew, Gredmann transferred approximately $6500 per month into a United Commercial Bank account held in the name of the defendant's brother, over which account the defendant exercised complete control, which funds represented compensation for the defendant's management of Elecmat, all in violation of Title 18, United States Code, Section 1001.

DATED: May 24, 2007

SCOTT N. SCHOOLS
United States Attorney

MARK L. KROTOSKI
Chief, Criminal Division

Approved as to Form: *Waldinger*
AUSA WALDINGER

INFORMATION                    -2-