O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
THERESA CHANG

WAIVER OF INDICTMENT

CASE NUMBER: 07-CR-0326 JSW

FILED
JUN 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, THERESA CHANG, the above named defendant, who is accused of making a false statement, in violation of Title 18, United States Code, Section 1001,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 5, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant THERESA CHANG

Counsel for Defendant JOHN J. JORDAN

Before: _____
Judicial Officer