UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## CRIMINAL MINUTE ORDER

Date: June 21, 2007

Case No.  CR-07-326   JSW            Judge:  Jeffrey S. White

United States of America   v.   Theresa Chang
                                    Defendant
                                    Present ( X ) Not Present ( ) In-Custody ( )

| | |
|---|---|
| Kyle Waldinger<br>U.S. Attorney | John Jordan<br>Defense Counsel |
| Deputy Clerk: Jennifer Ottolini | Court Reporter: Sylvia Russo |

## PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING:  The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Indictment in violation of 18 U.S.C. § 1001

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains on pretrial release.

Case Continued to September 27, 2007 at 2:30 p.m. for Judgment and Sentencing