UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

       Plaintiff(s),                     No. CR 07-00326 JSW

   v.                                **CLERK'S NOTICE**

CHANG

       Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on October 11, 2007, at 2:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Judgment and Sentencing **previously scheduled for** September 26, 2007, in this matter.   This continuance is due to the unavailability of the Court.

                                             Richard W. Wieking
                                             Clerk, United States District Court

                                             By:_____
                                             Jennifer Ottolini, Deputy Clerk
                                             Honorable Jeffrey S. White
                                             (415) 522-4173

Dated:  August 15, 2007