

**San José State**
UNIVERSITY

College of Business
Department of Accounting
and Finance

One Washington Square
San Jose, CA 95192-0066
http://www.cob.sjsu.edu
Voice: 408-924-3460
Fax: 408-924-3463

MS Accountancy

MS Taxation

High Technology Tax Institute
www.tax-institute.com

Silicon Valley Financial
Management Institute
www.svfmi.com

October 4, 2007

TO WHOM IT MAY CONCERN,

Mrs. Theresa Chang requested that I write this letter as a character reference. It is a pleasure for me to do so.

I have known Mrs. Chang since January, 2004 when she was introduced to me by a mutual friend. Theresa is a very caring person who will do anything for her friends as long as she is able and it is in the best interest of her friend's.

Theresa is in the jewelry wholesale business. In a few occasions, I have attended her trade shows and have observed the way she conducted her business. I must say that she is a very honest businesswomen. She is always doing what is right for her clients.

During her extreme busy traveling schedule with her wholesale business, she is always taking great care of her 3 children with the finest details that any individual can imagine. She is the most responsible mother whom I can think of.

I have been a business consultant for Small Business Development Center with SBA in San Jose since 1995. On the average, I have taught about 500 plus students per year with SJSU, USF, and UCSC since 2000. From all the dealings that I have with Theresa, I really believe that she would be the last person from all the people who I know would purposely do something illegal.

Sincerely,

Chi-Wen Chang
Professor of Accounting
(408) 924-3459

The California State University:
Chancellor's Office
Bakersfield, Channel Islands, Chico,
Dominguez Hills, East Bay, Fresno,
Fullerton, Humboldt, Long Beach,
Los Angeles, Maritime Academy,
Monterey Bay, Northridge, Pomona,
Sacramento, San Bernardino, San Diego,
San Francisco, San José, San Luis Obispo,
San Marcos, Sonoma, Stanislaus