October 3rd, 2007

Dear Honorable Judge White,

Together, the children of the family are writing this letter to show you the importance of our mother, Theresa Chang. She has been supporting us throughout our lives while being a positive influence. I would like to begin by introducing you, Honorable Judge White, to the entire Chang family before you make any decisions on the case.

First, we would like to start off by introducing you to the youngest sibling of the family, Carolyn Chang. At the current age of fourteen years old, she is maturing into a teenager, entering her freshmen year of high school, which is one of the most stressful moments in her life. The only remedy to help her through these stressful times is the companionship of her best friend, which is mom. Her relationship with mom is incredibly strong; they bond as both best friends while maintaining a normal mother daughter relationship. Mom always looks out for the best interest of her kids, for example, signing her up for many extra curricular activities such as dance, tutor and piano lessons. She has influenced Carolyn to have a caring heart, good morals and exceptional work ethics.

Next, the younger of the two brothers, Alex Chang, is attending his third year at De Anza Community College as a full-time student. He is currently at the age of twenty and has a part-time job at Pure Water Plus. Unable to afford his college tuition, Mom has been there to help me out him out. She believes that a college education is important and wants to see him succeed for the importance of his future. She is willing to sacrifice her free time out of her busy schedule to make sure the kids are always well nourished and happy. Alex is involved in a few clubs at his local college, and mom is always the first one to volunteer a helping hand whenever possible.

Daniel Chang, the eldest child of the family, is currently twenty-three years of age. He is very active at many sports such as roller/ice hockey and basketball, which mom encourages and supports fully. As full time students, both Daniel and Alex are not always home to help out or protect the family. We would never wish to leave our youngest sibling with a babysitter or yet leave her home by herself. All together, we feel strong that our mother should be in our lives at all times.

Our family relies on each other everyday to help out and to be there for each other. We feel that mom is the core of the family. She brings everyone together making sure we eat as one, what we call a family. If the center of the family gets taken out, the entire family will be hit hard and will not function positively. She has only good intentions for everything she does, thus having the biggest heart I know of. As a single working parent, she still manages to find time to drive her children to their activities and also act as the man of the house. Her kids are her number one priority and she would do anything to keep us as a whole. Everyday she reminds us to be, "Good kids," and that she is always supportive of our goals and achievements. We hope you understand the feelings that we are experiencing and take it into consideration before your final decision on the case. Finally, I would like to thank you for taking your time to read our letter and would like you to know that it is greatly appreciated.

Sincerely,
Daniel, Alex and Carolyn Chang