The Honorable Jeffrey S. White                     October 4, 2007
United States District Judge

I've known Theresa Chang for over 30 years since we were teenagers back in Taiwan. Our friendship continued and grew even closer in spite of geographical difference for all these years.

She's always known as a remarkable individual, a responsible single parent of three, a successful business woman, a warm-hearted caretaker for anyone in need, and most of all, a good citizen in this country.

As I understand, when this import-export case was brought against her, she realized her intention of helping a friend in fact got her in serious troubles with the law unintentionally. She has since demonstrated her utmost remorse and complete cooperation with the authority. I truly believe her role in this case was a result of misleading business information and a lack of knowledge of what constitutes "sensitive material" in a one time transaction.

Theresa Chang was definitely liable for what had happened and she has admitted with sincere regrets; however, she deserves no harsh punishment at all in my view. If we carefully examine Theresa Chang's past history and her current standing in her community both professional and personal, we will find her not only an honorable person but a person with integrity.

Sincerely yours,

Jennifer Lee
4536 N. Sheridan Rd. unit 303
Chicago, IL 60640 USA
Cell: 630 235 3128
E-Mail: jenlee.jaju@gmail.com