# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: October 11, 2007

Case No. CR-07-326 JSW          Judge: Jeffrey S. White

United States of America  v.  Theresa Chang
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( )

Kyle Waldinger                         John Jordan
U.S. Attorney                          Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter: Catherine Edwards
                                       USPO: E. Ann Searles

### PROCEEDINGS

**REASON FOR HEARING:** Judgment and Sentencing

**RESULT OF HEARING:**
The Court accepted the plea agreement and the Defendant is sentenced as follows: 3 years of probation; obey all laws and the standard conditions and the following additional conditions:
1. Pay any fine and special assessment imposed;
2. Provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns;
3. Submit to search and seizure;
4. Not own or possess any firearms, ammunition, destructive devices or other dangerous weapons;
5. Cooperate in the collection of DNA, as directed by the probation officer.

$100 special assessment, which shall be due on 10-18-07 by 4:00 p.m. to the Clerk's Office.

$5000 fine to the United States, which shall be due on 10-18-07 by 4:00 p.m. to the Clerk's Office.

The Court will allow the Defendant to travel internationally, upon approval of the probation officer, without further order of the Court.

**cc: USDC Finance**