cr 07-326

10/18/2007 01:01 PM EDT

Version 7.0

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000326 | US V THERESA CHANG | | | | | | |
| 001 | THERESA CHANG | 504100 | FINE-CRIME VICTIMS FUND | 5,000.00 | 0.00 | CT 34611011506 | 0 | PR | 5,000.00 | 10/16/2007 |
| 001 | THERESA CHANG | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611011506 | 0 | PR | 100.00 | 10/16/2007 |
| | | | | | | | | Division Payment Total | 5,100.00 | |
| | | | | | | | | Grand Total | 5,100.00 | |

$100.00  SPECIAL ASSESSMENT
          PAID IN FULL       on 10-16-07

$5000.00  FINE PAID IN FULL  on 10-16-07

Page 1 of 1